**FILED**

JUL 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA DAVE GIPAN MALING,<br>Petitioner,<br>v.<br>JOHNSON, et al.,<br>Respondents. | Case No. 16-03161 EJD (PR)<br>**ORDER OF TRANSER** |

Petitioner, a detainee of the United States Immigration and Customs Enforcement ("ICE") at Yuba County Jail, filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Venue for this habeas action is proper in the district of confinement. 28 U.S.C. § 2241(d). Petitioner is confined in Yuba County, which lies within the venue of the Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). Therefore, venue properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. <u>See</u> 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 7/29/16

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\HC.16\03161Maling_transfer